IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MICHAEL O'NEAL WALKER A/K/A MOSIAH OMAR WRIGHT** | CRIMINAL NO. 1:18-CR-10-001(LAG)<br>1:18-CR-21-001(LAG) |

## ORDER

Federal prisoner Michael O'Neal Walker a/k/a Mosiah Omar Wright, proceeding pro se, has moved the Court for appointment of counsel to review his criminal case(s) pursuant to changes in USSG §4A1.1(d), effective November 1, 2023.

The defendant was originally sentenced in 1:18-CR-10 on October 4, 2018, after pleading guilty to the offenses of Count 1, Possession of Marijuana with Intent to Distribute, and Count 2, Possession of a Firearm in Furtherance of a Drug Trafficking Crime. He was sentenced to a total of 72 months in Bureau of Prisons (BOP) custody followed by a 4-year term of supervised release. The defendant's total offense level was 8 and his criminal history category was III. The guideline range in his case was 6 to 12 months on Count 1 and 60 months consecutive on Count 2.

In addition to the sentence imposed in this case, the defendant was also serving a term of supervised release for a prior conviction, 1:18-CR-21, which was revoked based on the conviction outlined above. In the revocation case, he was sentenced to 46 months imprisonment, which was ordered to run consecutively to the sentence imposed in 1:18-CR-10, for a total sentence of 118 months.

On April 12, 2024, the defendant's sentence in 1:18-CR-10 was reduced from 72 to 70 months pursuant to 18 U.S.C. § 3582(c)(2) (Amendment 821). However, no reduction was granted in regard to the revocation sentence imposed in 1:18-CR-21. As a result, the defendant's total sentence was reduced from 118 months to 116 months imprisonment.

In accordance with the USSG §7B1.4 App. Note 1, the criminal history category to be used in determining the applicable guideline range of imprisonment in the Revocation Table is the category determined at the time the defendant originally was sentenced to the term of supervision. As such, the defendant is not eligible for any further reduction in relation to his revocation sentence in 1:18-CR-21.

Accordingly, Defendant's Motion for Appointment of Counsel (Doc. 16) is **DENIED**.

SO ORDERED this 28th day of March, 2025.

_____
LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE

Prepared by: VDB